## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | |
| **MALONE LAM**, also known as "King Greavys," "7," "$$$," "Kg," and "Anne Hathaway," : | |
| : | |
| **MARLON FERRO**, also known as "Marlo," and "GothFerrari," : | |
| : | |
| **HAMZA DOOST**, also known as "Scyllia," and "¢," : | |
| : | |
| **CONOR FLANSBURG**, also known as "O O," "Green Room," and "@d0uu0b," : | |
| : | |
| **KUNAL MEHTA**, also known as "Papa," "The Accountant," "Shrek," and "Neil," : **CRIMINAL NO.   24-CR-417 (CKK)** |
| : | |
| **ETHAN YARALLY**, also known as "Rand," and "15%," : | |
| : | |
| **CODY DEMIRTAS**, also known as "K O," and "Kody," : |
| : **UNDER SEAL** |
| **AAKAASH ANAND**, also known as "Light," and "Dark," : | |
| : | |
| **EVAN TANGEMAN**, also known as "E," "Tate," and "Evan | Exchanger," : | |
| : | |
| **JOEL CORTES**,   also known as "J," : | |
| : | |
| **FNU LNU-1**, also known as "~_~" "Squiggly," and "CHEN," : | |
| : | |
| **FNU LNU-2**, also known as "DANNY," and "Meech," and : | |
| : | |
| **TUCKER DESMOND**, : | |
| : | |
|         Defendants. | |

**ORDER**

Based on the representations in the government's Amended Motion to Seal the Criminal Superseding Indictment and other pleadings, warrants, records, proceedings and files and to delay entry on the public docket of the filing of this Motion to Seal, this Court incorporates its previous findings of fact and explicitly permits the government to share the Indictment and arrest warrants with both domestic and foreign authorities for the purpose of executing provisional arrest warrants and extraditions.

Date: May 12, 2025

_____
MOXILA A. UPADHYAYA
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

cc:   Kevin L. Rosenberg
      Assistant U.S. Attorney
      601 D Street, N.W.
      Washington, D.C. 20530