IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>Conor Flansburg, )<br>)<br>Defendant. )<br>) | Crim. No. 24-CR-417 (CKK)<br><br>Judge Colleen Kollar-Kotelly |

### MOTION FOR THE ADMISSION OF ATTORNEY SHREY SHARMA TO APPEAR *PRO HAC VICE*

Undersigned counsel respectfully moves, under Local Rule 44.1 and as a sponsoring member of the Bar of the Court, for the admission *pro hac vice* of non-member attorney Shrey Sharma as co-counsel representing Defendant Conor Flansburg in the above- captioned case. In support of this motion, I have attached the declaration of Mr. Sharma, which provides the information set forth in Local Rule 44.1(c)(2).

Undersigned counsel therefore respectfully requests that the Court grant this motion and permit non-member attorney Shrey Sharma to appear *pro hac vice* in this matter.

Respectfully submitted,

/s/ Nick Oberheiden
Nick Oberheiden
Oberheiden, P.C.
480 Louisiana Street, Suite 200
Houston, Texas 77002
DC Bar No. 987755
Telephone: (202) 573-3718
Email: nick@federal-lawyer.com

*Counsel for Conor Flansburg*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served on all counsel of record via ECF as of the date of filing, May 18, 2025.

/s/ Nick Oberheiden
Nick Oberheiden
Oberheiden, P.C.
480 Louisiana Street, Suite 200
Houston, Texas 77002
DC Bar No. 987755
Telephone: (202) 573-3718
Email: nick@federal-lawyer.com