AO 442 (Rev. 01/09) Arrest Warrant

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | Case: 1:24-cr-000417 |
| v. | ) | Assigned To: Kollar-Kotelly, Colleen |
| CONOR FLANSBURG | ) | Assign Date: 4/30/2025 |
| | ) | Description: SUPERSEDING INDICTMENT (B) |
| | ) | Related Case No: 24-cr-417 (CKK) |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     CONOR FLANSBURG

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) (RICO Conspiracy)

18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)

Date:   04/30/2025

*Issuing officer's signature*

City and state:   Washington, D.C.

MAGISTRATE JUDGE MOXILA A. UPADHYAYA

*Printed name and title*

| Return |
| This warrant was received on *(date)* 5/13/25 , and the person was arrested on *(date)* 5/13/25 |
| at *(city and state)* Irvine, CA . |
| Date: 5/13/25 |

*Arresting officer's signature*

Leyla Wiaz Special Agent

*Printed name and title*