CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Criminal Case No.: 24-417-5 (CKK) |
| CONOR FLANSBURG | ) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

*Conor Flansburg*
Defendant

_____
Counsel for Defendant

I consent: _____
Assistant United States attorney

Approved:

_____     Date: 9/26/25
**COLLEEN KOLLAR-KOTELLY**
United States District Judge